United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTUA TOTUA,

          Plaintiff,

     v.

DEPARTMENT OF CORRECTIONS AND
REHABILITATION, et al.,

          Defendants.

Case No. 22-cv-04039-JD

**ORDER RE DISMISSAL**

     Plaintiff, a former state prisoner filed a civil rights action.  Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable because plaintiff was paroled.  Plaintiff has not provided a current mailing address.

     More than sixty days have passed since the mail was returned.  This case is dismissed without prejudice.  *See* Local R. 3-11(b).

     **IT IS SO ORDERED.**

Dated: October 24, 2023

_____
JAMES DONATO
United States District Judge